**Dismiss and Opinion Filed July 25, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01578-CV

## IN THE INTEREST OF S.B., A MINOR CHILD, Appellant

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-30023-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellant's July 5, 2013 motion for non-suit which we construe as appellant's motion to dismiss. We **GRANT** appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

121578F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.B., A MINOR
CHILD, Appellant

No. 05-12-01578-CV

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-30023-2012.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JUSTIN BARTO recover his costs of this appeal from appellant JULIE HARKINS.

Judgment entered July 25, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE